UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

DRAEGER MEDICAL SYSTEMS, INC.,

    Plaintiff,

v.                          Case No: 2:12-cv-512-FtM-38DNF

ATOM MEDICAL INTERNATIONAL, INC. and PHILIPS ELECTRONICS NORTH AMERICA CORP.,

    Defendants.
_____/

## ORDER[1]

This matter comes before the Court on Stipulated Dismissal with Prejudice (Doc. #58) filed on February 6, 2014. The Parties jointly filed what appears to be a proposed order for the Court to review in consideration of dismissal of this action. The Court will construe this proposed order as a motion seeking dismissal pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure. Upon consideration, the Court finds that the Parties stipulate that all claims and counterclaims in the above-captioned action should be dismissed with prejudice. Having found terms that are proper, the Court finds the matter is due to be dismissed with prejudice.

    Accordingly, it is now

**ORDERED:**

---

[1] [1]Disclaimer: Documents filed in CM/ECF may contain hyperlinks to other documents or Web sites. These hyperlinks are provided only for users' convenience. Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees. By allowing hyperlinks to other Web sites, this court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites. Likewise, the court has no agreements with any of these third parties or their Web sites. The court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.

1. The stipulated motion to dismiss the Amended Complaint with prejudice (Doc. #58) is **GRANTED**.

2. The Amended Complaint (Doc. #29) is **DISMISSED with prejudice**.

3. The Clerk is directed to **CLOSE** the file.

**DONE** and **ORDERED** in Fort Myers, Florida this 10th day of February, 2014.

*Sheri Polster Chappell*
SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:  All Parties of Record